UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SAN DIEGO GAS & ELECTRIC COMPANY,<br><br>　　　　　　　　　　Defendant. | Case No.: 24-cv-1614-RSH-MMP<br><br>**ORDER DIRECTING ADDITIONAL BRIEFING** |

Before the Court is a joint motion to enter consent decree [ECF No. 3] filed by Plaintiffs Ecological Rights Foundation and San Diego Coastkeeper and Defendant San Diego Gas & Electric Company. The Court **DIRECTS** the Parties to file a joint supplemental brief addressing how the proposed consent decree is procedurally and substantively "fair, adequate and reasonable" and "conform[s] to applicable laws." *United States v. Oregon*, 913 F.2d 576, 580 (9th Cir. 1990). The Parties should also address how the proposed decree furthers the objectives of the Resource Conservation and Recovery Act. *See Local No. 93, Int'l Asso. of Firefighters, etc. v. Cleveland*, 478 U.S. 501, 525 (1986).

The joint brief should be no more than **ten pages in length** and be filed on or before **September 27, 2023**.

     **IT IS SO ORDERED.**

Dated: September 13, 2024

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge